```
                              United States Bankruptcy Court
                                 Northern District of Ohio
In re:                                                         Case No. 16-15638-aih
Ralph Smith, Jr.                                               Chapter 13
Cassandra K. Smith
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: pzeho              Page 1 of 1              Date Rcvd: Oct 18, 2016
                              Form ID: pdf746          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
```
db/db          +Ralph Smith, Jr.,    Cassandra K. Smith,    4736 Secretariat Court,    Avon, OH 44011-3650
                Comprehensive Logistics Co., Inc.,    Attn: Payroll Dept.,    1220 Chester Industrial Pkwy,
                  Avon, OH  44011
cr             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 18 2016 23:07:10      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
                                                                                              TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
```
              Craig H. Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
              William J. Balena    on behalf of Debtor Ralph  Smith, Jr. docket@ohbksource.com,
               debra@ohbksource.com
              William J. Balena    on behalf of Debtor Cassandra K. Smith docket@ohbksource.com,
               debra@ohbksource.com
                                                                                              TOTAL: 3
```

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 18, 2016, which may be different from its entry on the record.**

IT IS SO ORDERED.



Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court
By: /s/ Paul Zehowicz
      Deputy Clerk

Dated: October 18, 2016

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re: Ralph Smith | ) Case No. 16-15638 |
| | ) |
| | ) Judge: Harris |
| | ) |
| Debtor(s) | ) CHAPTER 13 |
| | ) |
| Social Security No. XXX-XX- 3349 | ) ORDER DIRECTING EMPLOYER |
| | ) TO MAKE DEDUCTIONS FROM |
| | ) DEBTOR-EMPLOYEE'S WAGES, |
| | ) COMBINED WITH RELATED ORDERS |

To:  Comprehensive Logistics Co., Inc.

     The above named debtor has filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filings, the Debtor's employer is:

| | |
|---|---|
| Employer's Name: | Comprehensive Logistics Co., Inc. |
| Address: | 1200 Chester Industrial Pkwy |
| City/State/Zip: | Avon, Ohio 44011 |
| Phone: | 440-934-0860 |

     In accordance with the relevant provisions of the Debtor's proposed plan,

     IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct $ 2437.60 per month and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Craig Shopneck, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL FURTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment terminates during the term of the bankruptcy plan, the employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

| | |
|---|---|
| Attorney for Debtor: | /s/ William J. Balena (0019641) |
| Address: | 30400 Detroit Rd., #106 |
| City/State/Zip: | Westlake, Ohio 44145 |
| Phone: | 440-365-2000 |

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

SERVICE LIST

Craig Shopneck, Chapter 13 Trustee
(via email at ch13shopneck@ch13cleve.com)

William J. Balena (0019641)
Attorney for Debtor(s)
(via e-mail at docket@ohbksource.com)

Ralph & Cassandra Smith
4736 Secretariat Ct.
Avon, Ohio 44011

Comprehensive Logistics Co., Inc.
1220 Chester Industrial Pkwy
Avon, Ohio 44011

###