# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000    |    Fax: 866-936-6113

Account Statement

Prepared for Ralph and Cassandra Smith Jr.

Re: chapter 13 Bankruptcy hourly

| | |
|---|---:|
| Previous Balance | ($2,828.00) |
| Current Charges | $6,628.35 |
| New Balance | $3,800.35 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | ($2,828.00) |
| Now Due | $3,800.35 |
| Trust Account | $0.00 |

# Balena Law Firm, LLC

Attorney at Law

30400 Detroit Road Suite 106

Westlake, OH 44145

Phone: 440-365-2000   |   Fax: 866-936-6113

## INVOICE

Ralph and Cassandra Smith Jr.
4736 Secretariat Ct
Avon, OH 44011-3650

Invoice Date: February 21, 2017
Invoice Number: 12337
Invoice Amount: $6,628.35

## Matter: chapter 13 Bankruptcy hourly

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 3/11/2016 | bankruptcy consultation; chapter 13 likely due to household income level | W.J.B. | 1.20 | $360.00 |
| 3/11/2016 | enter clients into case manager | W.J.B. | .20 | $60.00 |
| 3/14/2016 | open client file, best case, scanned docs, research ct docket, prior BK research, etc. | D.G.E. | .50 | No Charge |
| 3/14/2016 | email to client with missing docs list | D.G.E. | .20 | No Charge |
| 3/25/2016 | Processed $500 pymt | D.G.E. | .10 | No Charge |
| 4/12/2016 | cf creditor for Cassandra want to confirm representation and idea of chapter | W.J.B. | .20 | $60.00 |
| 4/13/2016 | Processed $2,000 op & $328 to trust payment.  PIF | D.G.E. | .10 | No Charge |
| 4/13/2016 | OV  Went over required docs, scanned mortg info, reviewed Access | D.G.E. | .50 | $35.00 |
| 4/15/2016 | emailed pymt receipts and Access to client | D.G.E. | .20 | No Charge |
| 4/21/2016 | updated Best case with bills and credit reports | D.G.E. | .30 | No Charge |
| 6/14/2016 | PNC Verificiation telephone call | D.G.E. | .10 | No Charge |
| 7/12/2016 | Cashland - Retained verification call | D.G.E. | .10 | No Charge |
| 7/14/2016 | PC from Cassandra;  she will working with her mortg. co to lower her mortg. monthly pymt amount.  Once they complete the process she will call the office to move forward with the Ch 13. | D.G.E. | .20 | No Charge |
| 8/3/2016 | PC from Cassandra:  RE: repo auto issue.  She gave me the phone number for GM Financial to see if they will except pymt and release the car | D.G.E. | .40 | No Charge |
| 8/3/2016 | OC to GM Financial @ 877-993-9107 Reinstatement dept;  I spoke with Lisa.  The company will release the car once a money gram has been received.   Delinquent May to Aug $1103.00 | D.G.E. | .50 | $35.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 8/3/2016 | OC to Cassandra: Gave her the amount due and where and how to make the pymt. She is making the payment this afternoon. | D.G.E. | .30 | $21.00 |
| 8/3/2016 | PC from Cassandra, she made the payment; confirmation # 64590138. | D.G.E. | .20 | $14.00 |
| 8/3/2016 | OC to GM Financial. VM with confirmation of pymt number to obtain the release. | D.G.E. | .20 | $14.00 |
| 8/3/2016 | em with required docs to file sent to Cassandra. She needs to file this case before something else happens. | D.G.E. | .20 | No Charge |
| 8/3/2016 | cf cassandra smith. vehicle repoed. they have been holding off on filing because they are trying to build a cash cushion going in to ch 13. they are 65 days behind on car. GM will not return unless zi give her letter I am not doing bankruptcy. advise client only way we can get veh back is to file case. told her I need paystubs up to date, and any other papers we don't have. She said she'd call Deb. | W.J.B. | .40 | $120.00 |
| 8/4/2016 | PC from GM Financial; Release has been issued to Midwest Recovery (216) 252-6843. | D.G.E. | .20 | $14.00 |
| 8/4/2016 | VM to Cassandra to call Midwest Recovery to pick up the car | D.G.E. | .10 | $7.00 |
| 8/9/2016 | Scanned August 2016 mortg. billing stmt. Updated BC with new amounts due. | D.G.E. | .10 | No Charge |
| 8/10/2016 | via em I received a couple of pay stubs. EM to Ralph with the missing time frames that I need | D.G.E. | .20 | No Charge |
| 8/10/2016 | client dropped off additional docs and we updated Best Case | D.G.E. | .40 | No Charge |
| 8/11/2016 | Updated best case with the documents Cassandra delivered to the office. CCC and Titles are required and they are ready to file. | D.G.E. | .20 | No Charge |
| 8/11/2016 | File to Bill to review for signing apt. | D.G.E. | .10 | No Charge |
| 8/18/2016 | Cassandra called the office. Ralph is two month behind on his car pymt (1476.50) Santander Loan. Per Cassandra they do not have the funds to pay the full amount due. They received repo notice from the lender. Info to Bill. | D.G.E. | .20 | No Charge |
| 8/19/2016 | work on schedules and plan; calculating foreclosure deficiency. will need to check file at LCCP; next need to check state tax liabilities; lots of liens. | W.J.B. | 2.10 | $630.00 |
| 8/23/2016 | continue work on budget and plan; ask deb to recalculate mortgage deficiency based on confirmation of sale numbers. | W.J.B. | .80 | $240.00 |
| 9/6/2016 | received updated sch J via fax. I updated best case. Info to Bill | D.G.E. | .40 | No Charge |
| 9/6/2016 | Phone call from Ralph. He does not understand why we don't put the house and car pymts in Sch J. Bill spoke with him last week regarding this information. Per Bill have both clients come to the office. EM to Cassandra to schedule apt | D.G.E. | .40 | No Charge |
| 9/6/2016 | Most of the updated expenses are too or can not be | D.G.E. | .20 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| | included (mortg & cars). I call Cassandra to come to the office so I can review the updated sched J Ralph submitted. Bill went over this updated sch J with Ralph. | | | |
| 9/12/2016 | VM to Cassandra to set apt to review the expense sheet | D.G.E. | .10 | No Charge |
| 9/15/2016 | pc from Cassandra, she will stop by the office to review the Sch J | D.G.E. | .20 | No Charge |
| 9/23/2016 | OC to Cassandra to see when she is coming to the office. | D.G.E. | .10 | No Charge |
| 9/30/2016 | Second vm to Cassandra to set her apt to review the Sch J so Bill can complete the Ch 13 Plan | D.G.E. | .10 | No Charge |
| 9/30/2016 | Ralph came to the office. We went over Sch I J and Summary. He understand how the numbers work in the Ch 13 now. He is good with the numbers. Bill approved a signing apt for 10/7/16 @ 10 | D.G.E. | .40 | No Charge |
| 10/5/2016 | em to Cassandra: Don't forget the current pay stubs and BK Stmts for filing apt on Friday | D.G.E. | .20 | No Charge |
| 10/6/2016 | cf cassandra advise unable to do signing tomorrow. Deb out for family medical event. no one here to update petition with new information she said was faxed. | W.J.B. | .20 | $60.00 |
| 10/10/2016 | 2nd consent fax sent to Seterus @ 877-649-0743; consent to speak with client for modification | D.G.E. | 2.00 | No Charge |
| 10/10/2016 | OC to Cassandra; Terrance at Seterus (866-570-5277) needs her to call him regarding docs for loan mod request. | D.G.E. | .20 | No Charge |
| 10/11/2016 | recalculate plan payment with new mortgage loan arrearage numbers | W.J.B. | 1.30 | $390.00 |
| 10/12/2016 | continue work on plan. | W.J.B. | 1.00 | $300.00 |
| 10/13/2016 | Smith signing appt; update petition for info brought in today. Hard to keep Ralph's attention to the petition. He just wants to sign and leave. | W.J.B. | 2.10 | $630.00 |
| 10/17/2016 | Received FedEx pkg from Seterus. Scanned and emailed them to Cassandra | D.G.E. | .30 | No Charge |
| 10/18/2016 | Request for service PRA Receivables Management, LLC for Sams Club | D.G.E. | .10 | No Charge |
| 10/18/2016 | Order for Debtor's Employer; Visiting Nurse Assoc. of Cleveland to Pay Trustee $3656.40 Per Month | D.G.E. | .10 | No Charge |
| 10/21/2016 | prepared and mailed 341 Notice | D.G.E. | .30 | No Charge |
| 10/21/2016 | Notice of Chapter 13 Plan Notice of Order To Pay Wages | D.G.E. | .10 | No Charge |
| 10/24/2016 | POC Internal Revenue Service | D.G.E. | .10 | No Charge |
| 10/28/2016 | POC Huntington Bank | D.G.E. | .10 | No Charge |
| 11/1/2016 | Ralph called the office. Payroll did not receive the wage order. I faxed it to 330-759-2462 attn payroll dept | D.G.E. | .20 | No Charge |
| 11/1/2016 | Received new mortg. pymt statement from Seterus. EM to client with statement. | D.G.E. | .10 | No Charge |
| 11/1/2016 | POC Quantum 3 Group for Cle Clinic Physicians | D.G.E. | .10 | No Charge |
| 11/1/2016 | POC FFCC for Injury Center, Lorain | D.G.E. | .10 | No Charge |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 11/4/2016 | scanned filed Amended POC   Huntington Bank | D.G.E. | .10 | No Charge |
| 11/4/2016 | POC   SANTANDER CONSUMER USA | D.G.E. | .10 | No Charge |
| 11/7/2016 | Creditor Request for Notices Filed by Creditor AMERICREDIT Financial SERVICES, INC. DBA GM FINANCIAL | D.G.E. | .10 | No Charge |
| 11/8/2016 | via fax I received State of OH tax bill for 2015. Client did not disclose they had this bill at the time of filing.  I will speak with Bill and advice clients what they should do. | D.G.E. | .20 | No Charge |
| 11/8/2016 | Reviewed tax bill for Ohio 2015 with Bill.  $253.80 is the balance.  Bill agrees to pay the bill instead of the expense of amending the petition & the plan. | D.G.E. | .20 | No Charge |
| 11/8/2016 | OC to Cassandra regarding Ohio tax bill.  I explained the process and the additional expense.  She said Ralph will pay the bill and they do not want to amend the case. | D.G.E. | .20 | No Charge |
| 11/9/2016 | Tax bill is under $300.00; pay the bill.  The expense to amend, re-do the plan will be greater than $300.00.  Info to Cassandra. | D.G.E. | .30 | $22.50 |
| 11/10/2016 | POC Wells Fargo | D.G.E. | .10 | No Charge |
| 11/14/2016 | POC   AmeriCredit Financial Services | D.G.E. | .10 | No Charge |
| 11/17/2016 | scanned Notice of Mortgage Payment Change Federal National Mortgage Association | D.G.E. | .10 | No Charge |
| 11/22/2016 | scanned filed Personal Financial Management Course Certificate | D.G.E. | .20 | No Charge |
| 11/23/2016 | travel to and from 341 | W.J.B. | 1.40 | $210.00 |
| 11/23/2016 | meeting of creditors | W.J.B. | 1.00 | $300.00 |
| 12/1/2016 | cf Ralph; has objection. says the amount trustee wants won't leave enough to live on. Will email him petition. told him to review Sch J and see if we are understating any expenses. | W.J.B. | .10 | $30.00 |
| 12/6/2016 | POC  Credit First | D.G.E. | .10 | No Charge |
| 12/7/2016 | PC from Ralph   transmission is blown on work vehicle, needs to replace it.  What are his options, message to Bill to return his call | D.G.E. | .10 | $7.50 |
| 12/7/2016 | call PL at ch 13 trustee to discuss objection; not there left vm (2 calls first would not accept keypad commands) | W.J.B. | .20 | $60.00 |
| 12/28/2016 | POC   VCSO of Ohio, Inc. d/b/a First American Loans | D.G.E. | .10 | No Charge |
| 12/28/2016 | OC to Ralph.  Is he purchasing a auto or financing a auto.  He is planning on replacing the transmission in his car.  I discussed the 3% offer (on filed POC balances) that the Trustee has offered.  He understand and excepts the offer | D.G.E. | .40 | $30.00 |
| 12/29/2016 | prepare motion to modify plan and Notice of hearing; change notice as will not be able to serve within 21 day requirement | W.J.B. | 1.80 | $540.00 |
| 12/29/2016 | create first amended plan to add 3% per annum for unsecured creditors; recalculate plan payment with change | W.J.B. | 1.20 | $360.00 |

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 12/30/2016 | update motion to modify plan with increased plan payment. | W.J.B. | .30 | $90.00 |
| 12/30/2016 | add three notice only addresses for IRS tax debt to service clause of each motion and to service matrix. | W.J.B. | .50 | $150.00 |
| 12/30/2016 | format service matrix for cos | W.J.B. | .60 | $180.00 |
| 12/30/2016 | final proof on documents; correct objection date on notice of hearing | W.J.B. | .20 | $60.00 |
| 12/30/2016 | reformat document pages to two per page; combine pdfs to create service binder for serving motion, notice and plan | W.J.B. | 1.00 | $300.00 |
| 12/30/2016 | upload service job to COS | W.J.B. | .70 | $210.00 |
| 12/30/2016 | complete amended pay order for cassandra. | W.J.B. | .40 | $120.00 |
| 12/30/2016 | scanned Amended Chapter 13 Plan | D.G.E. | .10 | No Charge |
| 12/30/2016 | Notice of Hearing on First Motion to Modify Plan | D.G.E. | .10 | No Charge |
| 12/30/2016 | First Motion to Modify Plan | D.G.E. | .10 | No Charge |
| 1/3/2017 | Amended Order for Debtor's Employer; Visiting Nurse Assoc. of Cleveland to Pay Trustee $3,844.40 | D.G.E. | .10 | No Charge |
| 1/3/2017 | POC Capital One | D.G.E. | .10 | No Charge |
| 1/4/2017 | check court docket and email to insure case tomorrow is adjourned. update calendar. | W.J.B. | .20 | $60.00 |
| 1/6/2017 | cf Ralph Smith | W.J.B. | .10 | $30.00 |
| 1/31/2017 | email reply to RS that I have yet to receive a loan mod agreement signed by the bank. | W.J.B. | .10 | $30.00 |
| 1/31/2017 | email from Daria Reid that objection will be withdrawn and case confirmed | W.J.B. | .10 | $30.00 |
| 2/2/2017 | Prepared and faxed consent letter to mortgage company to speak with State Farm Insurance | D.G.E. | .30 | No Charge |
| 2/5/2017 | draft motion to approve loan mod final agreement | W.J.B. | 1.10 | $330.00 |
| 2/6/2017 | check docket email to download final loan mod agreement; Lender filed motion earlier today. | W.J.B. | .10 | $30.00 |
| 2/6/2017 | POC Ohio Department of Taxation | D.G.E. | .10 | No Charge |
| 2/7/2017 | Motion for Court Approval of Loan Modification Agreement (with Federal National Mortgage) | D.G.E. | .10 | No Charge |
| 2/16/2017 | Withdraw Document Objection to Confirmation Filed by Trustee Shopneck | D.G.E. | .10 | No Charge |
| SUBTOTAL: | | | 35.60 | $6,170.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 3/10/2016 | chapter 13 filing fee | $310.00 |
| 3/10/2016 | credit counseling | $18.00 |
| 3/10/2016 | credit counseling | $18.00 |
| 11/23/2016 | parking | $5.00 |
| 1/3/2017 | bk assist service of amended plan | $101.40 |
| 2/21/2017 | price increase for second course | $5.95 |
| SUBTOTAL: | | $458.35 |

**Matter Ledgers**

| Date | Description | Amount |
|---|---|---|
| 3/25/2016 | Balance before last invoice | $0.00 |
| 3/25/2016 | debit payment for fees | ($500.00) |

| | | |
|---|---|---:|
| 4/13/2016 | debit payment for fees | ($2,000.00) |
| 12/5/2016 | Funds transferred from Trust - Disbursement from trust to pay filing costs | ($328.00) |
| 2/21/2017 | Invoice 12337 | $6,628.35 |
| SUBTOTAL: | | $3,800.35 |

**Trust Account**

| | | |
|---|---|---:|
| 12/5/2016 | Previous Balance | $0.00 |
| 4/13/2016 | debit payment to trust for filing costs | $328.00 |
| 12/5/2016 | Advanced fees withdrawn from Trust - Disbursement from trust to pay filing costs - chapter 13 Bankruptcy hourly | ($328.00) |
| Available in Trust: | | $0.00 |

TOTAL $6,628.35

PREVIOUS BALANCE (CREDIT) $2,828.00

CURRENT BALANCE DUE AND OWING $3,800.35