In re:                                                                                                            Case No. 16-15638-aih

Ralph Smith, Jr.                                                                                         Chapter 13

Cassandra K. Smith

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1                              User: admin                                          Page 1 of 4
Date Rcvd: Sep 02, 2021                        Form ID: 3180W                                 Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Ralph Smith, Jr., Cassandra K. Smith, 4736 Secretariat Court, Avon, OH 44011-3650 |
| cr | +++ | Huntington Bank, 5555 Cleveland Ave, GW1N10, Columbus, OH 43231-4048 |
| cr | + | Ohio Department of Taxation, c/o William C. Huffman, 24441 Detroit Road, Suite 300, Westlake, OH 44145-1543 |
| cr | + | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 24550317 | + | Amerifinancial Solution, P.O. Box 602570, Charlotte, NC 28260-2570 |
| 24550318 | + | Amerifinancial Solutions, P.O. Box 65018, Baltimore, MD 21264-5018 |
| 24550324 | + | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| 24550325 | | CheckSmart, 7001 Pearl Road, Suite 200, Dublin, OH 43016 |
| 24550326 | | City of Lorain/Utilities Dept., 1106 W. First Street, Lorain, OH 44052-1434 |
| 24550327 | | Clevealnd Clinic, 95000 Euclid Avenue, Cleveland, OH 44114 |
| 24550328 | + | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195-0002 |
| 24550329 | + | Cleveland Clinic Physicians, 9500 Euclid Ave, Cleveland, OH 44195-0002 |
| 24550330 | + | Clinic Med Svcs, LLC, P.O. Box 16749, Rocky River, OH 44116-0749 |
| 24550334 | + | Elyria Memorial Hospital, 630 East River Street, Elyria, OH 44035-5981 |
| 24550336 | + | FFCC, 24700 Chagrin Blvd, #205, Beachwood, OH 44122-5630 |
| 24736578 | + | Federal National Mortgage Association, c/o Seterus, Inc., P.O. Box 1047, Hartford, CT 06143-1047 |
| 24550338 | + | First Credit, P.O. Box 630838, Cincinnati, OH 45263-0838 |
| 26829302 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 24550343 | | JP Recovery Services, 2022 Center Ridge Road, #370, Rocky River, OH 44116-3501 |
| 24550344 | | JP Reovery Services, Inc., P.O. Box 16749, Rocky River, OH 44116-0749 |
| 24550348 | + | Lorain County Common Pleas Court, 225 Court Street, Case No: 16CV190618, Elyria, OH 44035-5512 |
| 24550347 | + | Lorain County Common Pleas Court, 225 Court Street, Case No: 12CJ061547, Elyria, OH 44035-5512 |
| 24550346 | + | Lorain County Common Pleas Court, 225 Court Street, Case No: 15CVI86099, Elyria, OH 44035-5512 |
| 24550349 | + | NCP Finance Ohio, 205 Sugar Camp Circle, Dayton, OH 45409-1970 |
| 26048797 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 24550350 | + | Physicians Link Center Inc, 630 East River Street, Elyria, OH 44035-5902 |
| 24550353 | ++ | REIMER ARNOVITZ CHERNEK AND JEFFREY, 30455 SOLON ROAD, SOLON OH 44139-3415 address filed with court:, Reimer, Arnovitz, Chernek & Jeffrey, 30455 Solon Road, Solon, OH 44139 |
| 24550359 | + | State of Ohio Dept. of Taxation, 150 East Gay Street, 21st Fl, Columbus, OH 43215-3191 |
| 24651047 | + | VCSO of Ohio, Inc. d/b/a First American Loans, 135 N. Church Street, Spartanburg, SC 29306-5138 |
| 24550362 | + | Wells Fargo Bank, c/o OCWEN Loan Servicing, 1661 Worthington Road, #100, West Palm Beach, FL 33409-6493 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: number@trust13.com | | |
| | | | Sep 02 2021 20:38:00 | Lauren A. Helbling, 200 Public Square Suite 3860, Cleveland, OH 44114-2322 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 02 2021 20:38:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 24550316 | + | Email/Text: bankruptcy@rentacenter.com | Sep 02 2021 20:39:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 24584577 | + | EDI: PHINAMERI.COM | Sep 03 2021 00:33:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 24550319 | | EDI: CAPITALONE.COM | Sep 03 2021 00:33:00 | Capital One, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 24550320 | | EDI: CAPITALONE.COM | Sep 03 2021 00:33:00 | Capital One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492 |
| 24658282 | | EDI: BL-BECKET.COM | Sep 03 2021 00:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 24550321 | + | EDI: RMSC.COM | Sep 03 2021 00:33:00 | Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 24550322 | + | Email/Text: cashamerica@nuvox.net | Sep 02 2021 20:38:00 | Cash Land, 17 Triangle Park, Cincinnati, OH 45246-3411 |
| 24550323 | + | EDI: WFNNB.COM | Sep 03 2021 00:33:00 | Catherines, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 24550331 | + | EDI: CRFRSTNA.COM | Sep 03 2021 00:33:00 | Credit First, P.O. Box 81344, Cleveland, OH 44188-0001 |
| 24624981 | + | EDI: CRFRSTNA.COM | Sep 03 2021 00:33:00 | Credit First NA, PO Box 818011, Cleveland OH 44181-8011 |
| 24550332 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 02 2021 20:40:06 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 24550333 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 02 2021 20:39:46 | Dell Preferred Account, P.O. Box 6403, Carol Stream, IL 60197 |
| 24550335 | + | EDI: WFNNB.COM | Sep 03 2021 00:33:00 | Fashion Bug, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 24550337 | + | Email/Text: bnc@advanceamerica.net | Sep 02 2021 20:38:00 | First Amerian Loan, 4375 Oberlin Avenue, Lorain, OH 44053-2926 |
| 24550339 | | EDI: PHINAMERI.COM | Sep 03 2021 00:33:00 | GM Financial, P.O. Box 183621, Arlington, TX 76096-3621 |
| 24550340 | + | Email/Text: bankruptcy@huntington.com | Sep 02 2021 20:38:00 | Huntington Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |
| 24550341 | | EDI: IRS.COM | Sep 03 2021 00:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 24550342 | + | Email/Text: bknotice@johndclunk.com | Sep 02 2021 20:38:00 | John Clunk, Co., LPA, 4500 Courthouse Blvd, #400, Stow, OH 44224-6839 |
| 24550345 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 02 2021 20:38:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 24660762 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2021 20:39:56 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24699734 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Sep 02 2021 20:39:00 | Ohio Department of Taxation, Bankruptcy Division, P.O. Box 530, Columbus, OH 43216-0530 |
| 24677638 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2021 20:38:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 24550351 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 02 2021 20:38:00 | PNC Bank, P.O. Box 856177, Louisville, KY 40285-6177 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 24550352 | | EDI: PRA.COM | Sep 03 2021 00:33:00 | Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541 |
| 24556444 | + | EDI: RECOVERYCORP.COM | Sep 03 2021 00:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 24569539 | | EDI: Q3G.COM | Sep 03 2021 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 24580370 | | EDI: Q3G.COM | Sep 03 2021 00:33:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 24579913 | | EDI: Q3G.COM | Sep 03 2021 00:33:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 24550354 | | Email/Text: bk@revenuegroup.com | Sep 02 2021 20:39:00 | Revenue Group, P.O. Box 93983, Cleveland, OH 44101 |
| 24550355 | + | EDI: WFNNB.COM | Sep 03 2021 00:33:00 | Roaman's, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 24584354 | + | EDI: DRIV.COM | Sep 03 2021 00:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 24550356 | | EDI: RMSC.COM | Sep 03 2021 00:33:00 | Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 24550357 | + | EDI: DRIV.COM | Sep 03 2021 00:38:00 | Santander, 8585 North Stemmons Pkwy, # 1000, Dallas, TX 75247-3800 |
| 24550361 | + | EDI: WFFC.COM | Sep 03 2021 00:38:00 | Wells Fargo, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 24550360 | + | EDI: WFFC.COM | Sep 03 2021 00:38:00 | Wells Fargo, P.O. Box 17900, Denver, CO 80217-0900 |
| 24591112 | | EDI: WFFC.COM | Sep 03 2021 00:38:00 | Wells Fargo Bank N.A.,, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 24550363 | | EDI: WFNNB.COM | Sep 03 2021 00:33:00 | Women Within, P.O. Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association |
| cr | | Goldman Sachs Mortgage Company |
| cr | | Nationstar Mortgage LLC dba Mr. Cooper |
| cr | *+ | AMERICREDIT Financial SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 24703463 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 24550358 | ##+ | Seterus, P.O. Box 1077, Hartford, CT 06143-1077 |

TOTAL: 3 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 04, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Klym | on behalf of Creditor Ohio Department of Taxation bk@hhkwlaw.com |
| Christopher P. Kennedy | on behalf of Creditor Huntington Bank bankruptcy@carlisle-law.com |
| Christopher P. Kennedy | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper bankruptcy@carlisle-law.com |
| Lauren A. Helbling | ch13trustee@ch13cleve.com  lhelbling13@ecf.epiqsystems.com |
| Richard John LaCivita | on behalf of Creditor Federal National Mortgage Association bknotice@reimerlaw.com |
| Stephen R. Franks | on behalf of Creditor Goldman Sachs Mortgage Company amps@manleydeas.com |
| William J. Balena | on behalf of Debtor Ralph Smith  Jr. docket@ohbksource.com, janet@ohbksource.com |
| William J. Balena | on behalf of Debtor Cassandra K. Smith docket@ohbksource.com  janet@ohbksource.com |

TOTAL: 8

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Ralph Smith Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3349<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Cassandra K. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1118<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | |
| Case number: | 16–15638–aih | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ralph Smith Jr.                                  Cassandra K. Smith

9/1/21                                **By the court:** <u>ARTHUR I HARRIS</u>
                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**